395 A.2d 1001

Winklespecht et al. v. Insurance Company of North America, Appellant, et al.

Argued September 13, 1978.  Edward C. McCardle, for appellant; Gerald M. Barr, for appellees, Winklespecht; No appearance entered nor briefs submitted for appellees, Coiro, Evans, Quaranto, Vaughn, Weidner, Ohio Casualty Ins. Co., Aetna Life and Casualty Co., and Erie Ins. Co.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.